**Daisy L. Springs, Appellee, v. John L. Springs, Appellant.**

**Gen. No. 47,676.** ▮▮▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

September 22, 1959.

Released for publication October 28, 1959.

Braden, Hall, Barnes & Moss (Houston H. Hall, of counsel) for appellant; Euclid Louis Taylor, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.